Bryan M. Weiss (SBN 128679)
  bweiss@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 850
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for Plaintiff
ATLANTIC CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SAM CRUM, an individual; SAM CRUM WATER WELL DRILLING, INC., a California Corporation; PAUL E. PARREIRA, TRUSTEE OF THE CREDIT TRUST CREATED UNDER THE PARREIRA FAMILY TRUST, U.T.D. AUGUST 19, 2008, a Trust,<br><br>Defendants. | CASE NO. 1:17-cv-00459-DAD-SKO<br><br>**AMENDED STIPULATION AND ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE AND PRE-TRIAL CONFERENCE; ORDER**<br><br>**(Doc. 32)**<br><br>Settlement Conf. Date: 1/8/19<br>Time: 10:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Sheila K. Oberto |

The parties hereto, by and through their respective counsel of record, hereby STIPULATE as follows:

1. The Settlement Conference in the above matter is presently set for January 8, 2019. The Pre-Trial Conference is presently set for February 4, 2019. Trial is set for April 2, 2019.

2. On November 20, 2018, oral argument was held on plaintiff's Motion for Summary Judgment before Judge Drozd. The matter was taken under submission and there has not been a ruling issued yet. The parties agree that because of the potentially dispositive nature of the pending MSJ ruling, the Settlement Conference will not be productive or meaningful and that the case is not presently in settlement posture. ACIC's claims representative is based in North Carolina.

3. Defendant Sam Crum is scheduled to undergo major surgery on January 8, 2019 and cannot personally attend the Settlement Conference.

In light of the above, the parties STIPULATE that the Settlement Conference presently set for January 8, 2019 be continued to February 14, 2019 and that the Pre-Trial Conference presently set for February 4, 2019 be continued to March 4, 2019.

DATED: January 3, 2019    **MURCHISON & CUMMING, LLP**

By: /s/ Bryan M. Weiss
Bryan M. Weiss
Attorneys for Plaintiff,
ATLANTIC CASUALTY INSURANCE COMPANY

DATED: January 3, 2019

By: /s/ Alfred L. Whitehurst

Attorneys for Defendant
PAUL E. PARREIRA, TRUSTEE OF THE CREDIT TRUST CREATED UNDER THE PARREIRA FAMILY TRUST, U.T.D. AUGUST 19, 2008, a Trust.

| | | |
|---|---|---|
| DATED: January 3, 2019 | | THOMPSON & ASSOCIATES |
| | | By: /s/ Linda J. DeVore |
| | | Attorneys for Defendant<br>SAM CRUM, an individual; SAM CRUM WATER WELL DRILLING, INC., a California Corporation |

## ORDER

Having considered the parties' above-stipulation (Doc. 32), and good cause appearing therefore, it is HEREBY ORDERED that:

The Settlement Conference previously set for January 8, 2019, is CONTINUED to February 14, 2019, 11:00 AM in Courtroom 7 before Magistrate Judge Sheila K. Oberto, and the Pre-Trial Conference presently set for February 4, 2019 is CONTINUED to March 4, 2019, 1:30 PM in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 3, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE