| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>SAM CRUM, et al.,<br><br>            Defendants. | No. 1:17-cv-00459-DAD-SKO<br><br><br>ENTRY OF JUDGMENT<br><br>(Doc. No. 36) |

On January 30, 2019, the undersigned issued an order granting plaintiff's motion for summary judgment in part. (*See* Doc. No. 34.) In doing so, the court declared that plaintiff, an insurance company, was not obligated to defend or indemnify defendant in an underlying state court proceeding because the causes of action in that proceeding did not fall within the scope of defendant's insurance policy with plaintiff. (*Id.*) The court granted plaintiff leave to file supplemental briefing on its remaining claim seeking a judicial declaration that plaintiff is entitled to reimbursement of the fees and costs it has expended in defending defendant in the state court action. (*Id.* at 15–16.)

On January 31, 2019, the parties informed the court that they reached a settlement in this action. (*See* Doc. No. 35.) As per the parties' stipulation of dismissal of this action, the parties agree to following: (1) this action will be dismissed with prejudice; (2) each party will bear its

1

own costs; (3) plaintiff will not pursue reimbursement of its defense fees and costs with respect to the underlying state court action; (4) plaintiff will not file supplemental briefing on its remaining claim; (5) the parties waive any rights of appeal with respect to the court's January 30, 2019 order; and (6) judgment will be entered against all defendants and in favor of plaintiff. (Doc. No. 36 at 1–2.)

Pursuant to the parties' stipulation, and good cause appearing, the court grants the parties' stipulation and directs the Clerk of the Court to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated: **February 7, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE